UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK, NEW JERSEY
---------------------------------------------------------x

HOSANNA HAN-KYOL KIM,

        Plaintiff,                              Civil Action No. 2:25-cv-3043

     v.                                     **NOTICE OF VOLUNTARY**
                                                 **DISMISSAL PURSUANT TO**
JOHN THOMPSON, New Jersey District Director,  **F.R.C.P. 41(a)(1)(A)(i)**
U.S. Citizenship and Immigration Services;
PAMELA BONDI, Attorney General
of the United States;
KRISTI NOEM, Secretary,
Department of Homeland Security;
TEXAS SERVICE CENTER,
U.S. Citizenship and Immigration Services,

        Defendants.

---------------------------------------------------------x

    Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby gives notice that the above captioned action is voluntarily dismissed without prejudice.

Defendants have not served an answer or motion for summary judgement in this action.

Dated: New York, NY                            JIA LAW GROUP, P.LC.
        June 12, 2025                         *Attorney for Plaintiff*

                                       By:   /s/ *Christopher Morik*
                                                  Christopher Morik, Esq.
                                                   Atty. Reg. No.: NJ010692000
                                                  88 Pine Street Suite 1804
                                                   New York, NY 10005
                                                   Telephone: (347)-897-6199
                                                   Email: christopher.morik@jiaesq.com

SO ORDERED

  s/Claire C. Cecchi
CLAIRE C. CECCHI, U.S.D.J.

Date:  6/13/2025